IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:15CR28
                               )
       v.                      )
                               )
BLANCA GAMA,                   )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue Rule 11 plea hearing (Filing No. 37). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) On or before October 30, 2015, defendant shall file a written waiver of speedy trial.

2) The Rule 11 hearing is rescheduled for:

**Thursday, January 21, 2016, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The date will accommodate not only the schedule of the Court but will give the parties time to finalize plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 28, 2015, and January 21, 2016, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

**A copy of the petition to enter a plea of guilty and a copy of the plea agreement, if there is one, shall be provided to the Court at least twenty-four hours prior to the scheduled hearing.** Failure to do so WILL result in the hearing being rescheduled.

DATED this 21st day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court