IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR28 |
| | ) | |
| v. | ) | |
| | ) | |
| BLANCA GAMA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 51). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The index of evidence shall be filed as sealed pending further order of the Court.

DATED this 7th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court